IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JAMES RICHARDSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:05-CV-353 (WDO) |
| | : | |
| **JM SMITH CORPORATION,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

This matter is before the Court on the parties' request for an in camera review of documents for a determination of whether certain documents previously withheld must be produced to Plaintiff. After a careful review of said documents, the Court finds that the documents Defendant withheld and/or redacted are protected by the attorney-client privilege and/or the work-product privilege.

**SO ORDERED this 14th day of February, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**