IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JAMES RICHARDSON,** :  | |
| **Plaintiff** :  | |
| v.  : | 5:05-CV-353 (WDO) |
| **JM SMITH CORPORATION,** :  | |
| **Defendant** :  | |

### ORDER

Before the Court is the Defendant's motion to strike Plaintiff's responses to the Defendant's Requests for Admissions. Defendant contends Plaintiff "unnecessarily supplemented his responses with numerous, unsolicited factual statements." Federal Rule of Civil Procedure 36(a) provides that a party may "specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an answer or deny only a part of the matter of which an admission is requested, the party shall specify so much of it as is true and qualify or deny the remainder." Plaintiff's responses, while lengthy, fit within this rule's instruction. Defendant's motion to strike is DENIED.

**SO ORDERED this 15th day of August, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**