IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES RICHARDSON, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:05-cv-353 (WDO) |
| J.M. SMITH CORPORATION, | : |
| Defendant. | : |

# J U D G M E N T

The Court by Order dated and filed February 6, 2006, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff. Defendant is entitled to recover its costs of this action.

This 7th day of February, 2006.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**